ACCEPTED
04-15-00333-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 4:29:05 PM
KEITH HOTTLE
CLERK

# GEORGE E. SHAFFER

ATTORNEY AND COUNSELOR AT LAW

The Naylor House

1919 San Pedro Ave.

San Antonio, Texas 78212

Tel. (210) 735-9911     Fax (210) 735-1362

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 4:29:05 PM
KEITH E. HOTTLE
Clerk

23 October, 2015

Mr. Mario Ismael Gutierrez

#2002197

Fabian Dominguez Unit

6535 Cagman Road

San Antonio, Texas 78252

RE:     Appeal Number 04-15-00333-CR, <u>Mario I. Gutierrez v. State of Texas</u>

Dear Mr. Gutierrez:

I write this letter as a follow up to my letter to you, dated 14 October, wherein I provided you with a copy of Appellant's Brief. Because this brief was filed as an <u>Anders</u> brief, I am now required to provide you with some additional information.

You now have the right to review the appellate record. I have enclosed a complete copy of the record, which consists of five (5) volumes. This is the complete transcript of the trial proceedings. You may now file with the Court of Appeals a <u>pro se</u> brief, if you so wish. This means that you yourself may address any matter you feel warrants their review or that you may point out to the Court of Appeals any error which you feel occurred at the trial of your case. You do not have an unlimited amount of time to do so, so please address any brief to the Fourth Court of Appeals without further delay.

After the Court of Appeals reaches a decision, you will be notified and be provided with a copy of their opinion. The "opinion" will be a written document saying what they found. If the Court of Appeals affirms the conviction, you have the right to petition the Court of Criminal Appeals to review such finding. To do so, you must file a <u>pro se</u> Petition for Discretionary review. Again, this must be done in a timely manner if you choose to exercise that right. The Petition for Discretionary Review needs to be filed with the Court of Criminal Appeals, sitting in Austin, Texas. The address for the Fourth Court of Appeals is 300 Dolorosa Street, Ste. 300, San Antonio, Texas 78205.

I strongly urge you to review the record immediately and to file the brief on your own behalf if you feel that there is any legitimate basis to support a claim of error in your trial. If you have

any further questions, please let me know as soon as possible and I will attempt to provide you with an answer. I know that you have access to some form of a law library, and I urge you to look at the Texas Rules of Appellate Procedure. It will be helpful for you to know what your time limits are, especially if you want to go to the Court of Criminal Appeals in Austin, Texas on a Petition for Discretionary review.

Very truly yours,

**GEORGE E. SHAFFER**
Attorney at Law

Enclosure:     As Stated

**ACKNOWLEDGMENT OF RECEIPT**:

    **I, MARIO ISMAEL GUTIERREZ,** acknowledge that on this _____ day of October, 2015, I received a copy of this letter, and a copy of the transcript of my trial. These matters were hand-delivered to me at the Dominguez Unit by Mr. Shaffer.

_____
**MARIO ISMAEL GUTIERREZ,**
**APPELLANT**